IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL HARDER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 05 C 5800 |
| ) | |
| VILLAGE OF FOREST PARK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff moved to disqualify the Board attorney, Charles Hervas, due to a presumed conflict of interest. That motion was denied by that Board, which moved in this litigation to file a portion of the administrative record under seal. That motion is granted.

Plaintiff thinks the attorney provided legal advice to the chief of police rather than the Board. He is wrong. The attorney provided legal advice to the Board respectng the pension rights of a police officer on disability, a wholly unrelated matter. He then billed the Board. The opinion is privileged; the bill is not, but it is irrelevant to any issue in this lawsuit. Both may be filed under seal.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 21, 2007.